# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×†
SHANNON LISS-RIORDAN×◊∆
——————————————
BENJAMIN J. WEBER×□
PETER M. DELANO×
MATTHEW W. THOMSON×
JILL S. KAHN×◊
ADELAIDE H. PAGANO×
THOMAS P. FOWLER×◊
MATTHEW D. CARLSON∆
OLENA SAVYTSKA×

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116
————————————
TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

————————————————————————

466 GEARY STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94102
————————————
TELEPHONE 415-630-2651

WWW.LLRLAW.COM

——————————

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
† ADMITTED IN MAINE
□ ADMITTED IN TENNESSEE

July 6, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __7/7/2017__

**VIA ECF**

Honorable Judge Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, Court 619
New York, NY 10007

Re: <u>Sanders, Wilson, et al., v. The CJS Solutions Group, LLC d/b/a The HCI Group,</u>
    C.A. No. 1:17-3809

Honorable Judge Ramos,

   Plaintiffs request the placement of a permanent seal on Docket 38, Exhibit A, filed today in the above-referenced case. The unredacted versions of opt in plaintiffs' FLSA opt in consent forms were filed in error and Plaintiffs would like to refile versions with personal information redacted.

   Thank you for your assistance in this matter.

Sincerely,

/s/ Olena Savytska       _
Olena Savytska, Esq.

The application is ✔ granted
                  ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: ___7/7/2017_____
New York, New York