IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA SANDERS, ANTHONY WILSON, JAIMEY GARRETT, individually and on behalf of all persons similarly situated, : : : : : | Civil Action No.: 17-3809 |
| Plaintiffs, : : | |
| v. : : | |
| THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP, : : : | |
| Defendant. : | |

**PLAINTIFFS' UNOPPOSED AND RENEWED MOTION FOR
PRELIMINARY APPROVAL OF THE AMENDED SETTLEMENT AGREEMENT**

Plaintiffs Patricia Sanders, Anthony Wilson, Jaimey Garrett, and Danois Allen ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Granting preliminary approval of the Parties' Amended Settlement Agreement as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. Preliminarily certifying the following Settlement Class pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b) for the purposes of settlement:

> All individuals who performed work as a Consultant for The CJS Solutions Group, LLC d/b/a The HCI Group at any time from May 19, 2014 through on or about May 31, 2017;

3. Preliminarily approving Plaintiffs Patricia Sanders, Anthony Wilson, Jaimey Garrett and Danois Allen as the Representatives of the Settlement Class;

4. Preliminarily approving Berger & Montague, P.C., Lichten & Liss-Riordan, P.C., and Blanchard & Walker PLLC as Class Counsel for the Settlement Class;

5. Preliminarily approving JND Legal Administration as Settlement Administrator and preliminarily approving the costs of claims administration;

6. Approving the Settlement Notice and Claim Forms, true and correct copies of which are attached as Exhibits A and B, respectively, to the Amended Settlement Agreement; and

7. Approving the proposed schedule and procedure for the final approval of the Amended Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law; the Declaration of Sarah R. Schalman-Bergen in Support of Plaintiffs' Unopposed and Renewed Motion for Preliminary Approval of the Amended Settlement Agreement; the declarations of Harold L. Lichten and David Blanchard (previously filed at ECF Nos. 93-4; 93-5); and all other records, pleadings, and papers on file in this action. Pursuant to the terms of the Amended Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: February 13, 2018

Respectfully submitted,

BERGER & MONTAGUE, P.C.

/s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734.929.4313
blanchard@bwlawonline.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 13th day of February, 2018.

s/ Sarah R. Schalman-Bergen<br>
Sarah R. Schalman-Bergen