## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA SANDERS, ANTHONY WILSON, JAIMEY GARRETT, and DANOIS ALLEN, individually and on Behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,<br><br>Defendant. | Civil Action No.: 17-3809 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE AMENDED SETTLEMENT AGREEMENT
AND APPROVAL OF ATTORNEYS' FEES AND COSTS**

Plaintiffs Patricia Sanders, Anthony Wilson, Jaimey Garrett and Danois Allen ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Granting final approval of the Parties' Amended Settlement Agreement as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. Finally certifying the following Settlement Class pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b) for the purposes of settlement:

> All individuals who performed work as a Consultant for The CJS Solutions Group, LLC d/b/a The HCI Group at any time from May 19, 2014 through on or about May 31, 2017;

3. Approving Plaintiffs Patricia Sanders, Anthony Wilson, Jaimey Garrett and Danois Allen as the Representatives of the Settlement Class and approving the proposed service awards in the amount of $10,000 each to Plaintiffs for their service to the Settlement Class;

4. Approving Berger & Montague, P.C., Lichten & Liss-Riordan, P.C., and Blanchard

& Walker PLLC as Class Counsel for the Settlement Class and approving fees in the amount of $1,080,000 and costs not to exceed $20,000;

5. Approving JND Legal Administration as Settlement Administrator and approving the costs of claims administration not to exceed $40,000;

6. Finding that dissemination of the Settlement Notice was accomplished as directed and met the requirements of due process;

7. Directing the settlement funds be distributed in accordance with the terms of this Settlement Agreement; and

8. Entering final judgment in this case and dismissing it with prejudice in accordance with the terms of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah R. Schalman-Bergen, Harold L. Lichten, and David Blanchard in Support of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement and Approval of Attorneys' Fees and Costs, and all other records, pleadings, and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated:  June 14, 2018                                          Respectfully submitted,

                                                               BERGER & MONTAGUE, P.C.

                                                               /s/ Sarah R. Schalman-Bergen
                                                               Shanon J. Carson
                                                               Sarah R. Schalman-Bergen
                                                               Alexandra K. Piazza
                                                               BERGER & MONTAGUE, P.C.
                                                               1622 Locust Street
                                                               Philadelphia, PA 19103
                                                               Telephone: (215) 875-3000
                                                               Facsimile: (215) 875-4604
                                                               scarson@bm.net

sschalman-bergen@bm.net
apiazza@bm.net

Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734.929.4313
blanchard@bwlawonline.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 14th day of June, 2018.

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
