USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 06/22/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA SANDERS, ANTHONY WILSON, JAIMEY GARRETT, and DANOIS ALLEN, individually and on Behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,<br><br>Defendant. | Civil Action No.: 17-3809 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE AMENDED SETTLEMENT AGREEMENT AND APPROVAL OF ATTORNEYS' FEES AND COSTS**

AND NOW, this 22nd day of June, 2018, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Amended Settlement Agreement and Approval of Attorneys' Fees and Costs, the Court grants Plaintiffs' Motion and ORDERS as follows:

1. The Parties' Amended Settlement Agreement is finally approved as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. For settlement purposes only, the following Settlement Class is finally certified pursuant to FED. R. CIV. P. 23 and 29 U.S.C. § 216(b):

> All individuals who performed work as a Consultant for The CJS Solutions Group, LLC d/b/a The HCI Group at any time from May 19, 2014 through on or about May 31, 2017;

3. Plaintiffs Patricia Sanders, Anthony Wilson, Jaimey Garrett, and Danois Allen are approved as the Representatives of the Settlement Class, and the proposed service awards in the amount of $10,000 each to Plaintiffs for their service to the Settlement Class are approved;

4. Berger & Montague, P.C., Lichten & Liss-Riordan, P.C., and Blanchard & Walker PLLC are approved as Class Counsel for the Settlement Class;

5. Plaintiffs' unopposed request for attorneys' fees and costs is granted, and fees in the amount of $1,080,000 and costs not to exceed $20,000 are approved;

6. JND Legal Administration is approved as Settlement Administrator and the costs of the settlement administration not to exceed $40,000 are approved;

7. The Court finds that dissemination of the Settlement Notice was accomplished as directed, constituted the best notice practicable under the circumstances and met the requirements of due process;

8. The Court finds that Cheryl Kaye Weintraub, Darlene Guerrier, and Solange Jacques submitted valid requests for exclusion from the Settlement, and their rights shall not be affected by the Settlement, and they shall not receive any of the benefits of the Settlement;

9. All of the Settling Class Members' Released Claims (including unknown claims) are hereby discharged with prejudice as to all Settling Class Members.

10. The Court directs the settlement funds be distributed in accordance with the terms of the Amended Settlement Agreement;

11. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Amended Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

12. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Named Plaintiffs, the certified Settlement Class, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

IT IS SO ORDERED.

BY THE COURT,

_____
Honorable Edgardo Ramos
United States District Judge
Dated: June 22, 2018